UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALERIE PARKS,

   Petitioner,

                                                   CASE NO. 11-CV-13770

v.                                          HONORABLE DENISE PAGE HOOD
                                                 UNITED STATES DISTRICT COURT

MILLICENT WARREN.

   Respondent.

_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on November 26, 2013.

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** that Leave to Appeal *In Forma Pauperis* is **GRANTED**.

**IT IS SO ORDERED**.

Dated at Detroit, Michigan, this 26th day of November, 2013.

                                                 DAVID J. WEAVER
                                               CLERK OF THE COURT

                                BY:  s/Holly Monda for LaShawn Saulsberry
                                                      DEPUTY CLERK

APPROVED:


S/Denise Page Hood
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE